ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6473
    Fax: (415) 436-7234
    Email: Sophia.Cooper@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:23-cr-00168 WHO |
| Plaintiff, | |
| v. | MOTION TO QUASH ARREST WARRANT AND ISSUE SUMMONS |
| ANTHONY PURDY, | |
| Defendant. | |

    Based on the facts set forth in the Declaration of Braden Lyons in support of the United States' Motion to Quash Arrest Warrant and Issue Summons, the United States hereby requests that the Court quash the arrest warrant issued in connection with the Indictment in this case against Defendant Anthony Purdy and issue a summons.

    The facts set forth in the declaration demonstrates that probable cause exists to summon the defendant to answer the Indictment that has been filed by the United States. The indictment is attached as Exhibit A.

DATED: January 23, 2024                                   Respectfully submitted,

                                                                                     ISMAIL J. RAMSEY
                                                                                     United States Attorney

MTN FOR SUMMONS
23-cr-00168 WHO

1
2
3

                /s/ ***Sophia Cooper***

Sophia Cooper
Assistant United States Attorney

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MTN FOR SUMMONS
23-cr-00168 WHO