ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6473
    Fax: (415) 436-7234
    Email: Sophia.Cooper@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3: 23-cr-00168 WHO |
| Plaintiff, | DECLARATION OF BRADEN LYONS IN SUPPORT OF UNITED STATES' MOTION TO QUASH ARREST WARRANT AND ISSUE SUMMONS |
| v. | |
| ANTHONY PURDY, | |
| Defendant. | |

I, Braden Lyons, declare as follows:

1. I am a Task Force Officer with the Drug Enforcement Administration, (DEA).

2. On June 6, 2023, a United States District Court, Northern District of California, grand jury returned an indictment against the defendant, charging him with two counts of possession with intent to distribute fentanyl (Count One), and possession with intent to distribute methamphetamine (Count Two) in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(c).

3. As a result, a warrant was issued by this Court for the defendant's appearance on June 6, 2023. That warrant is still active.

4. On January 23, 2024, I was informed of the following: On January 22, 2024, the defendant was

1     arrested by San Francisco Police on charges of 182(a)(1)(PC).

2     5. Though the arrest warrant is still valid, the government seeks a summons for the defendant to

3     appear in the Northern District of California on February 27, 2024.

4     6. I declare under penalty of perjury that the foregoing is true and correct to the best of my

5     knowledge and belief.

8    DATED: January 23, 2024        Respectfully submitted,

9                                                 /s/_____

10                                             Braden Lyons

11                                             Task Force Officer, DEA

DECL. IN SUPPORT OF SUMMONS
23-cr-00168 WHO